UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

GLYNN JONES,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.

-------------------------------------------------------X

**ORDER**
**09 CV 2453 (KAM)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court held a telephonic status conference in this case on January 20, 2010, pursuant to Fed. R. Civ. P. 16. As discussed on the record, defendants shall procure the log book and roll call from the 77 precinct and the detective squad, and provide the full names and service addresses of the John Does named in the complaint, and described by plaintiff at conference, by February 22, 2010, pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d. Cir. 1997)(per curiam). Defendants shall also send plaintiff a release for his medical records at Rikers Island. Plaintiff shall execute and return the release to defendants' counsel as soon as it is received.

SO ORDERED.

/Signed by Judge Lois Bloom/

LOIS BLOOM
United States Magistrate Judge

Dated: January 21, 2010
       Brooklyn, New York